# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | CIVIL ACTION |
|---|---|---|
| **PAMELA BROWNER-WHITE** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No.   20-753 |
| | : | |
| | : | |
| **MARMAXX OPERATING** | : | |
| **CORPORATION** | : | |
| d/b/a **MARSHALLS, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **26ᵗʰ** day of **February 2021**, upon consideration of the Plaintiff's Motion *in Limine* to Preclude the Testimony of the Unidentified HomeGoods Corporate Representative (ECF No. 39) and the Defendants' Response (ECF No. 45), it is hereby **ORDERED** that the Plaintiff's Motion (ECF No. 39) is **GRANTED**.  The Defendants will be allowed to present testimony from the unidentified HomeGoods Corporate Representative only if the Plaintiff makes representations as to the absence of a representative from HomeGoods at trial.  It is **FURTHER ORDERED** that the Defendants shall identity the unidentified HomeGoods Corporate Representative within **fourteen (14) days** of this Order by providing the individual's name, position with the store, and store location of employment on the date of the accident to the Plaintiff and the Court.  Plaintiff

may call that individual as of cross if it decides to do so.  No deposition will be permitted.  Plaintiff may call Diane Spence as of cross is it chooses to do so.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**